# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIS GODY** | **CASE NO. 6:25-CV-01349** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOWES HOME CENTERS L L C** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 9) is GRANTED.

Signed at Lafayette, Louisiana, this 17th day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE